

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00125-CV

JOSE DELEON                                                                 APPELLANT

V.

DEBRA A. BLACKWELL                                                         APPELLEE

------------

FROM COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY
TRIAL COURT NO. 2013-007379-2

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant Jose DeLeon's "Motion to Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs are taxed against Jose DeLeon, for which let execution issue. *See* Tex. R. App. P. 42.1(d), 43.4.

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and SUDDERTH, J.

DELIVERED: July 28, 2016

------

[1]*See* Tex. R. App. P. 47.4.